KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com)
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Pro Hac Vice Application Pending*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
Tel: (408) 924-0132
Fax:: (408) 924-0134

VERA BROOKS
(vbrooks@thompsonbrookslaw.com)
THOMPSON & BROOKS
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Tel: (813) 387-1822
Fax: (813) 387-1824
(*Pro Hac Vice Application Planned*)

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated, | CASE NO. CV11-04585 PSG |
| Plaintiff, | |
| v. | [~~Proposed~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| EBAY, INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG | |
| Defendants. | Jury Trial Demanded |

Raymond E. Walker, whose business address and telephone number is:

Raymond E. Walker
Figari & Davenport, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
Email: ray.walker@figdav.com

and who is an active member in good standing of the bar of the United States District Court for the Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Richard Noll, Individually and on behalf of all others similarly situated, in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers on and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30/2011

*[signature: Paul S. Grewal]*

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

---

~~ORDER~~ GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* OF RAYMOND E. WALKER

PAGE 2