1  KEITH R. VERGES (kverges@figdav.com)
   PARKER D. YOUNG (parker.young@figdav.com)
2  RAYMOND E. WALKER (ray.walker@figdav.com)
   FIGARI & DAVENPORT, L.L.P.
3  901 Main Street, Suite 3400
4  Dallas, Texas 75202
   Tel: (214) 939-2000
5  Fax: (214) 939-2090
   (*Pro Hac Vice Application Pending*)
6
   SHAWN T. LEUTHOLD                         VERA BROOKS
7  (leuthold@aol.com)                        (vbrooks@thompsonbrookslaw.com)
   LAW OFFICE OF SHAWN T. LEUTHOLD           THOMPSON & BROOKS
8  1671 The Alameda #303                     412 E. Madison Street, Suite 900
   San Jose, California 95126                Tampa, Florida 33602
9  Tel: (408) 924-0132                       Tel: (813) 387-1822
10 Fax:: (408) 924-0134                      Fax: (813) 387-1824
                                             (*Pro Hac Vice Application Planned*)
11
   ATTORNEYS FOR PLAINTIFF
12 RICHARD NOLL

13              IN THE UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15              SAN JOSE DIVISION         CV11-04585 PSG

16 RICHARD NOLL, Individually and on    )
   behalf of all others similarly situated, )   CASE NO. _____
17                                       )
        Plaintiff,                       )
18                                       )   [Proposed]
   v.                                    )   ORDER GRANTING APPLICATION
19                                       )   FOR ADMISSION OF ATTORNEY
                                         )   *PRO HAC VICE*
20 EBAY, INC., EBAY EUROPE S.A.R.L.,     )
   and EBAY INTERNATIONAL AG             )
21                                       )
        Defendants.                      )   Jury Trial Demanded
22
23      Raymond E. Walker, whose business address and telephone number is:

24              Raymond E. Walker
                Figari & Davenport, L.L.P.
25              901 Main Street, Suite 3400
                Dallas, Texas 75202
26              Telephone: (214) 939-2000
                Facsimile: (214) 939-2090
27              Email: ray.walker@figdav.com

28

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* OF RAYMOND E. WALKER                    PAGE 1

and who is an active member in good standing of the bar of the United States District Court for the Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Richard Noll, Individually and on behalf of all others similarly situated, in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers on and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30/2011

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE