| | |
|---|---|
| KEITH R. VERGES (kverges@figdav.com)<br>PARKER D. YOUNG (parker.young@figdav.com)<br>RAYMOND E. WALKER (ray.walker@figdav.com<br>FIGARI & DAVENPORT, L.L.P.<br>901 Main Street, Suite 3400<br>Dallas, Texas 75202<br>Tel: (214) 939-2000<br>Fax: (214) 939-2090<br>(*Pro Hac Vice Application Pending*) | **RECEIVED**<br>SEP 15 2011<br>Richard W. Wieking<br>Clerk, U.S. District Court<br>Northern District of California<br>San Jose |
| SHAWN T. LEUTHOLD<br>(leuthold@aol.com)<br>LAW OFFICE OF SHAWN T. LEUTHOLD<br>1671 The Alameda #303<br>San Jose, California 95126<br>Tel: (408) 924-0132<br>Fax:: (408) 924-0134 | VERA BROOKS<br>(vbrooks@thompsonbrookslaw.com)<br>THOMPSON & BROOKS<br>412 E. Madison Street, Suite 900<br>Tampa, Florida 33602<br>Tel: (813) 387-1822<br>Fax: (813) 387-1824<br>(*Pro Hac Vice Application Planned*) |

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY, INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG<br><br>    Defendants. | CASE NO. CV11-04585<br><br>[Proposed]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Jury Trial Demanded |

Parker D. Young, whose business address and telephone number is:

> Parker D. Young
> Figari & Davenport, L.L.P.
> 901 Main Street, Suite 3400
> Dallas, Texas 75202
> Telephone: (214) 939-2000
> Facsimile: (214) 939-2090
> Email: parker.young@figdav.com

---

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* OF PARKER D. YOUNG      PAGE 1

and who is an active member in good standing of the bar of the United States District Court for the Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Richard Noll, Individually and on behalf of all others similarly situated, in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers on and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30/2011

Paul S. Grewal

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE