1  KEITH R. VERGES (kverges@figdav.com)
   PARKER D. YOUNG (parker.young@figdav.com)
2  RAYMOND E. WALKER (ray.walker@figdav.com
3  FIGARI & DAVENPORT, L.L.P.
   901 Main Street, Suite 3400
4  Dallas, Texas 75202
   Tel: (214) 939-2000
5  Fax: (214) 939-2090
   (*Pro Hac Vice Application Pending*)
6

7  SHAWN T. LEUTHOLD                          VERA BROOKS
   (leuthold@aol.com)                         (vbrooks@thompsonbrookslaw.com)
8  LAW OFFICE OF SHAWN T. LEUTHOLD            THOMPSON & BROOKS
   1671 The Alameda #303                      412 E. Madison Street, Suite 900
9  San Jose, California 95126                 Tampa, Florida 33602
   Tel: (408) 924-0132                        Tel: (813) 387-1822
10 Fax:: (408) 924-0134                       Fax: (813) 387-1824
                                              (*Pro Hac Vice Application Planned*)
11

12 ATTORNEYS FOR PLAINTIFF
   RICHARD NOLL

13
                    IN THE UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15
                              SAN JOSE DIVISION

16 RICHARD NOLL, Individually and on        )   CASE NO. CV11-04585
   behalf of all others similarly situated, )
17                                          )
          Plaintiff,                        )
18                                          )   [Proposed]
   v.                                       )   ORDER GRANTING APPLICATION
19                                          )   FOR ADMISSION OF ATTORNEY
                                            )   *PRO HAC VICE*
20 EBAY, INC., EBAY EUROPE S.A.R.L.,        )
   and EBAY INTERNATIONAL AG                )
21                                          )
          Defendants.                       )   Jury Trial Demanded
22
          Parker D. Young, whose business address and telephone number is:
23
                              Parker D. Young
24                            Figari & Davenport, L.L.P.
                              901 Main Street, Suite 3400
25                            Dallas, Texas 75202
                              Telephone: (214) 939-2000
26                            Facsimile: (214) 939-2090
                              Email: parker.young@figdav.com
27

28

---

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* OF PARKER D. YOUNG                                PAGE 1

**RECEIVED**
SEP 15 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

and who is an active member in good standing of the bar of the United States District Court for the Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Richard Noll, Individually and on behalf of all others similarly situated, in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers on and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30/2011

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE