KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Pro Hac Vice Application Pending*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
Tel: (408) 924-0132
Fax:: (408) 924-0134

VERA BROOKS
(vbrooks@thompsonbrookslaw.com)
THOMPSON & BROOKS
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Tel: (813) 387-1822
Fax: (813) 387-1824
(*Pro Hac Vice Application Planned*)

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

RECEIVED SEP 15 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG<br><br>Defendants. | CASE NO. CV11-04585<br><br>[Proposed]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Jury Trial Demanded |

Keith R. Verges, whose business address and telephone number is:

Keith R. Verges
Figari & Davenport, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
Email: kverges@figdav.com

and who is an active member in good standing of the bar of the United States District Court for the Northern District of Texas, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Richard Noll, Individually and on behalf of all others similarly situated, in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers on and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30/2011

*[Signature: Paul S. Grewal]*

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE