1  KEITH R. VERGES (kverges@figdav.com)

2  PARKER D. YOUNG (parker.young@figdav.com)
   RAYMOND E. WALKER (ray.walker@figdav.com

3  FIGARI & DAVENPORT, L.L.P.
   901 Main Street, Suite 3400

4  Dallas, Texas 75202
   Tel: (214) 939-2000

5  Fax: (214) 939-2090
   (*Pro Hac Vice Application Pending*)

6

7  SHAWN T. LEUTHOLD                         VERA BROOKS
   (leuthold@aol.com)                        (vbrooks@thompsonbrookslaw.com)

8  LAW OFFICE OF SHAWN T. LEUTHOLD           THOMPSON & BROOKS
   1671 The Alameda #303                     412 E. Madison Street, Suite 900

9  San Jose, California 95126                Tampa, Florida 33602
   Tel: (408) 924-0132                       Tel: (813) 387-1822

10 Fax:: (408) 924-0134                      Fax: (813) 387-1824
                                             (*Pro Hac Vice Application Planned*)

11

12 ATTORNEYS FOR PLAINTIFF
   RICHARD NOLL

13                    IN THE UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

16 RICHARD NOLL, Individually and on
   behalf of all others similarly situated,    CV11-04585
                                               CASE NO.
17                                        )
           Plaintiff,                     )
18                                        )  [Proposed]
   v.                                     )  ORDER GRANTING APPLICATION
19                                        )  FOR ADMISSION OF ATTORNEY
   EBAY, INC., EBAY EUROPE S.A.R.L.,      )  *PRO HAC VICE*
20 and EBAY INTERNATIONAL AG              )
                                          )
21         Defendants.                    )  Jury Trial Demanded
                                          )
22

23         Keith R. Verges, whose business address and telephone number is:

24                       Keith R. Verges
                         Figari & Davenport, L.L.P.
25                       901 Main Street, Suite 3400
                         Dallas, Texas 75202
26                       Telephone: (214) 939-2000
                         Facsimile: (214) 939-2090
27                       Email: kverges@figdav.com

28

RECEIVED
SEP 15 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

1  and who is an active member in good standing of the bar of the United States District Court for

2  the Northern District of Texas, having applied in the above-entitled action for admission to

3  practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff

4  Richard Noll, Individually and on behalf of all others similarly situated, in the above-entitled

5

6  action;

7        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9  *vice*. Service of papers on and communication with co-counsel designated in the application will

10  constitute notice to the party. All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12

13  Dated:   9/30/2011

14                            UNITED STATES ~~DISTRICT~~ JUDGE

15                                  MAGISTRATE

16

17

18

19

20

21

22

23

24

25

26

27

28