*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/16/2011

KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
Tel: (408) 924-0132
Fax:: (408) 924-0134

VERA BROOKS
(vbrooks@thompsonbrookslaw.com)
THOMPSON & BROOKS
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Tel: (813) 387-1822
Fax: (813) 387-1824
(*Admitted Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 5:11-CV-04585-EJD |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION TO EXTEND TIME FOR RESPONSE AND REPLY REGARDING EBAY, INC.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |
| EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG | ) ) ) | |
| Defendants. | ) | Jury Trial Demanded |

This Stipulation is entered into pursuant to Local Rule 6-2, by and between Plaintiff Richard Noll ("Plaintiff") and Defendant eBay Inc. ("eBay") (collectively, the "Parties"), by and through the respective undersigned counsel.

---

**STIPULATION TO EXTEND TIME FOR RESPONSE AND REPLY REGARDING
EBAY INC.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**                                PAGE 1

1  WHEREAS, on October 31, 2011, eBay filed its Motion to Dismiss (Doc. 24), Request
2  for Judicial Notice in Support of eBay's Motion to Dismiss Plaintiff's Complaint or, in the
3  alternative, Strike Portions Thereof (Doc. 25), and supporting Declarations (Docs. 26, 27)
4  (collectively, the "Motion and Supporting Materials");

WHEREAS, Local Rule 7-3 requires a response to the foregoing materials in fourteen (14) days and a reply seven (7) days thereafter;

WHEREAS, eBay's Motion and Supporting Materials are set for hearing on March 2, 2012;

WHEREAS, under Local Rule 7-2, motions may be filed thirty-five (35) days in advance of a hearing, which in this case would be on or before January 27, 2012;

WHEREAS, the Parties are in agreement to complete the response and reply briefing in advance of what would have been the minimum time for filing of the Motion and Supporting Materials;

NOW, THEREFORE, the Parties stipulate that Plaintiff's response to the Motion and Supporting Materials shall be due on December 9, 2011; and eBay's Reply in Support of its Motion and Supporting Materials shall be due on January 16, 2012.

**IT IS SO STIPULATED.**

Dated: November 10, 2011.   FIGARI & DAVENPORT, LLP

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　KEITH R. VERGES
　　　　　　　　　　　　　　　*Attorneys for Plaintiff RICHARD NOLL*

Dated: November 10, 2011.   COOLEY LLP

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JAMES M. PENNING (229727)
　　　　　　　　　　　　　　　*Attorneys for Defendant EBAY INC.*

Additional attorneys:

FIGARI & DAVENPORT, L.L.P.
Parker D. Young (parker.young@figdav.com)
Raymond E. Walker (ray.walker@figdav.com
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

LAW OFFICE OF SHAWN T. LEUTHOLD
Shawn T. Leuthold (leuthold@aol.com)
1671 The Alameda #303
San Jose, California 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134

THOMPSON & BROOKS
Vera Brooks (vbrooks@thompsonbrookslaw.com)
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Telephone: (813) 387-1822
Facsimile: (813) 387-1824
(*Admitted Pro Hac Vice*)

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Keith R. Verges, attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories.

                /s/
                KEITH R. VERGES
                *Attorneys for Plaintiff RICHARD NOLL*