KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
Tel: (408) 924-0132
Fax:: (408) 924-0134

VERA BROOKS
(vbrooks@thompsonbrookslaw.com)
THOMPSON & BROOKS
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Tel: (813) 387-1822
Fax: (813) 387-1824
(*Admitted Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

**IT IS SO ORDERED**
*Judge Edward J. Davila*
11/16/2011

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 5:11-CV-04585-EJD |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION TO EXTEND TIME FOR RESPONSE AND REPLY REGARDING EBAY, INC.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |
| EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG | ) ) ) | |
| Defendants. | ) | Jury Trial Demanded |

This Stipulation is entered into pursuant to Local Rule 6-2, by and between Plaintiff Richard Noll ("Plaintiff") and Defendant eBay Inc. ("eBay") (collectively, the "Parties"), by and through the respective undersigned counsel.

WHEREAS, on October 31, 2011, eBay filed its Motion to Dismiss (Doc. 24), Request for Judicial Notice in Support of eBay's Motion to Dismiss Plaintiff's Complaint or, in the alternative, Strike Portions Thereof (Doc. 25), and supporting Declarations (Docs. 26, 27) (collectively, the "Motion and Supporting Materials");

WHEREAS, Local Rule 7-3 requires a response to the foregoing materials in fourteen (14) days and a reply seven (7) days thereafter;

WHEREAS, eBay's Motion and Supporting Materials are set for hearing on March 2, 2012;

WHEREAS, under Local Rule 7-2, motions may be filed thirty-five (35) days in advance of a hearing, which in this case would be on or before January 27, 2012;

WHEREAS, the Parties are in agreement to complete the response and reply briefing in advance of what would have been the minimum time for filing of the Motion and Supporting Materials;

NOW, THEREFORE, the Parties stipulate that Plaintiff's response to the Motion and Supporting Materials shall be due on December 9, 2011; and eBay's Reply in Support of its Motion and Supporting Materials shall be due on January 16, 2012.

**IT IS SO STIPULATED.**

Dated: November 10, 2011.          FIGARI & DAVENPORT, LLP

                                   /s/
                                   KEITH R. VERGES
                                   *Attorneys for Plaintiff RICHARD NOLL*

Dated: November 10, 2011.          COOLEY LLP

                                   /s/
                                   JAMES M. PENNING (229727)
                                   *Attorneys for Defendant EBAY INC.*

Additional attorneys:

FIGARI & DAVENPORT, L.L.P.
Parker D. Young (parker.young@figdav.com)
Raymond E. Walker (ray.walker@figdav.com
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

LAW OFFICE OF SHAWN T. LEUTHOLD
Shawn T. Leuthold (leuthold@aol.com)
1671 The Alameda #303
San Jose, California 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134

THOMPSON & BROOKS
Vera Brooks (vbrooks@thompsonbrookslaw.com)
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Telephone: (813) 387-1822
Facsimile: (813) 387-1824
(*Admitted Pro Hac Vice*)

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Keith R. Verges, attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　KEITH R. VERGES
　　　　　　　　　　　　　　*Attorneys for Plaintiff RICHARD NOLL*