| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | JOHN C. DWYER (136533) (dwyerjc@cooley.com)<br>JAMES M. PENNING (229727) (jpenning@cooley.com) |
| 3 | KARA C. WILSON (268535) (kwilson@cooley.com)<br>Five Palo Alto Square |
| 4 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 5 | Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400 |
| 6 | COOLEY LLP |
| 7 | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)<br>101 California Street, 5th Floor |
| 8 | San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000 |
| 9 | Facsimile:      (415) 693-2222 |
| 10 | Attorneys for Defendants<br>eBay Inc., eBay Europe S.A.R.L and eBay International AG |
| 11 | FIGARI & DAVENPORT, LLP |
| 12 | KEITH R. VERGES (kverges@figdav.com)*<br>PARKER D. YOUNG (parker.young@figdav.com)* |
| 13 | RAYMOND E. WALKER (ray.walker@figdav.com*<br>901 Main Street, Suite 3400 |
| 14 | Dallas, TX 75202<br>Telephone:     (214) 939-2000 |
| 15 | Facsimile:      (214) 939-2090<br>*Admitted Pro Hac Vice |
| 16 | Attorneys for Plaintiff RICHARD NOLL |
| 17 | *Additional attorneys listed on signature page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>              v.<br><br>EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG,<br><br>                              Defendants. | Case No.  CV 11-04585 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR eBAY EUROPE S.A.R.L. AND eBAY INTERNATIONAL AG TO RESPOND TO COMPLAINT AND SCHEDULING MOTION TO DISMISS HEARING FOR MARCH 2, 2012**<br><br>Courtroom:    1, 5th Floor<br>Judge:           Hon. Edward J. Davila<br>Trial Date:     None Set |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESP. TO COMP. & SCHED. MTD HRG
CV 11-04585

This Stipulation is entered into pursuant to Local Rule 6-1, by and between plaintiff Richard Noll ("Plaintiff") and defendants eBay Europe S.A.R.L. ("eBay Europe") and eBay International AG ("eBay International"), by and through their respective counsel.

WHEREAS, Plaintiff filed his Complaint in the above-entitled action in United States District Court for the Northern District of California on September 15, 2011;

WHEREAS, on October 31, 2011, eBay Inc. filed its motion to dismiss the Complaint which is set for hearing on March 2, 2012;

WHEREAS, eBay Europe and eBay International are both international entities that must be served using the applicable service procedures set forth in the Hague Convention on the Service Abroad of Judicial and Extra-Judicial documents in Civil and Commercial Matters;

WHEREAS, Noll has undertaken efforts to serve both entities and believes eBay Europe was served on November 4, 2011, and eBay International on November 9, 2011;

WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS, extending the date for eBay Europe and eBay International to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the Parties agree that the hearing on eBay Europe's and eBay International's anticipated motion to dismiss should be scheduled for the same date and time – March 2, 2012 at 9:00 a.m. – as the hearing on eBay Inc's pending motion;

WHEREAS, under Local Rule 7-2, motions may be filed thirty-five (35) days in advance of a hearing, which in this case would be on or before January 27, 2012;

NOW, THEREFORE, the Parties hereby stipulate and agree that:

1. The deadline for eBay Europe and eBay International to respond to the Complaint (answer, move, or otherwise respond) is extended to and including December 16, 2011; and

2. The hearing on eBay Europe's and eBay International's anticipated motion to dismiss the Complaint be scheduled for March 2, 2012, the same date as the hearing on eBay Inc's pending motion to dismiss.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESP. TO COMP. & SCHED. MTD HRG
CV 11-04585

**IT IS SO STIPULATED.**

Dated: November 30, 2011                COOLEY LLP

                                        /s/
                                        ───────────────────────────
                                        JAMES M. PENNING (229727)

                                        *Attorneys For Defendants* EBAY INC.,
                                        EBAY EUROPE S.A.R.L *AND* EBAY INTERNATIONAL AG

Dated: November 30, 2011                FIGARI & DAVENPORT, LLP

                                        /s/
                                        ───────────────────────────
                                        KEITH R. VERGES

                                        *Attorneys for Plaintiff RICHARD NOLL*

## **ORDER**

**IT IS SO ORDERED.**

Date: December 2, 2011

Honorable Edward J. Davila
United States District Judge

Additional attorneys:

LAW OFFICE OF SHAWN T. LEUTHOLD
SHAWN T. LEUTHOLD (leuthold@aol.com)
1671 The Alameda, Suite 303
San Jose, CA 95126
Telephone:   (408) 924-0132
Facsimile:   (408) 924-0134

THOMPSON & BROOKS
VERA BROOKS (vbrooks@thompsonbrooks.com)*
412 E. Madison Street, Suite 900
Tampa, FL 33602
Telephone:   (813) 387-1822
Facsimile:   (813) 387-1825
**Admitted Pro Hac Vice*

Attorneys for Plaintiff RICHARD NOLL

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESP. TO COMP. & SCHED. MTD HRG
CV 11-04585

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James M. Penning, attest that concurrence in the filing of this Stipulation and [Proposed] Order Extending Time For eBay Europe S.A.R.L. and eBay International AG to Respond to Complaint and Scheduling Motion to Dismiss Hearing for March 2, 2012 has been obtained from each of the other signatories.

/s/
James M. Penning

990079 v1/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIP. AND [PROPOSED] ORDER EXTENDING TIME
TO RESP. TO COMP. & SCHED. MTD HRG
CV 11-04585