KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas  75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Pro Hac Vice Application Pending*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California  95126
Tel: (408) 924-0132
Fax:: (408) 924-0134

VERA BROOKS
(vbrooks@thompsonbrookslaw.com)
THOMPSON & BROOKS
412 E. Madison Street, Suite 900
Tampa, Florida  33602
Tel: (813) 387-1822
Fax: (813) 387-1824
(*Pro Hac Vice Application Planned*)

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

GRANTED

*Judge Edward J. Davila*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>EBAY, INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG<br><br>       Defendants. | CASE NO. 5:11-cv-04585-EJD<br><br>STIPULATION TO ENLARGE PAGE LIMITS FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS |

Pursuant to L. R. 7.12 and 7.4(b), Plaintiff and Defendant eBay, Inc. ("eBay") file this

stipulation regarding the modification of page limits allowed for Plaintiff's opposition to eBay's

pending motion to dismiss [Docket no. 24]. In that regard, Plaintiff requests an enlargement of the page limits for his opposition and brief in support up to 30 pages, and states:

**I.**

Pursuant to the parties' prior stipulation, Plaintiff's response to eBay's motion to dismiss is due by December 9, 2011. [Docket no. 33.] This request is made before the due date for Plaintiff's opposition pursuant to Local Rule 7.4(b).

Plaintiff needs additional pages to fully respond. In particular, addressing the specifics relating to several web pages at issue here takes up additional space. In addition, the motion to dismiss raises several distinct legal issues. Plaintiff submits that the briefing in his opposition will be helpful to the Court in deciding each of the matters presented.

The cumulative effect of the space necessary to address the factual and legal contentions raised by the motion is that Plaintiff will need in excess of the 25-page limit to fully respond. Plaintiff also notes that the Local Rules afford Defendant a total of 40 pages (25 in the motion and 15 in the reply) for presenting its position. Plaintiff seeks 5 additional pages.

**II.**

Accordingly, Plaintiff and eBay stipulate and request that the page limits for Plaintiff's opposition be enlarged to 30 pages.

AGREED:

| By: /s/ Raymond E. Walker | By: /s/ Whitty Somvichian |
|---|---|
| Keith R. Verges | John C. Dwyer |
| Parker D. Young | Whitty Somvichian |
| Raymond E. Walker | James M. Penning |
|  | Kara C. Wilson |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 9, 2011

_____
United States District Judge

FILERS ATTESTATION:

    Pursuant to General Order No. 45, 5X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 8, 2011                By: /s/ Raymond E. Walker
                                            Raymond E. Walker

### **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, on this 8thh day of December, 2011.

                                          /s/ Raymond E. Walker
                                          Raymond E. Walker