1   KEITH R. VERGES (kverges@figdav.com)
    PARKER D. YOUNG (parker.young@figdav.com)
2   RAYMOND E. WALKER (ray.walker@figdav.com
3   FIGARI & DAVENPORT, L.L.P.
    901 Main Street, Suite 3400
4   Dallas, Texas  75202
    Tel: (214) 939-2000
5   Fax: (214) 939-2090
    (*Pro Hac Vice Application Pending*)
6

7   SHAWN T. LEUTHOLD                VERA BROOKS
    (leuthold@aol.com)                (vbrooks@thompsonbrookslaw.com)
8   LAW OFFICE OF SHAWN T. LEUTHOLD   THOMPSON & BROOKS
    1671 The Alameda #303             412 E. Madison Street, Suite 900
9   San Jose, California  95126       Tampa, Florida  33602
    Tel: (408) 924-0132               Tel: (813) 387-1822
10  Fax:: (408) 924-0134              Fax: (813) 387-1824
                                      (*Pro Hac Vice Application Planned*)
11

12  ATTORNEYS FOR PLAINTIFF
    RICHARD NOLL
13

14              IN THE UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

16  RICHARD NOLL, Individually and on
17  behalf of all others similarly situated,      )   CASE NO. 5:11-cv-04585-EJD
                                                   )
18              Plaintiff,                         )   STIPULATION TO ENLARGE
                                                   )   PAGE LIMITS FOR PLAINTIFF'S
19  v.                                             )   OPPOSITION TO MOTION TO DISMISS
                                                   )
20  EBAY, INC., EBAY EUROPE S.A.R.L.,              )
    and EBAY INTERNATIONAL AG                      )
21                                                 )
                                                   )
22              Defendants.                        )
                                                   )
23                                                 )
                                                   )

24          Pursuant to L. R. 7.12 and 7.4(b), Plaintiff and Defendant eBay, Inc. ("eBay") file this

25  stipulation regarding the modification of page limits allowed for Plaintiff's opposition to eBay's

26

27

28

---

pending motion to dismiss [Docket no. 24].  In that regard, Plaintiff requests an enlargement of the page limits for his opposition and brief in support up to 30 pages, and states:

**I.**

Pursuant to the parties' prior stipulation, Plaintiff's response to eBay's motion to dismiss is due by December 9, 2011.  [Docket no. 33.]  This request is made before the due date for Plaintiff's opposition pursuant to Local Rule 7.4(b).

Plaintiff needs additional pages to fully respond.  In particular, addressing the specifics relating to several web pages at issue here takes up additional space.  In addition, the motion to dismiss raises several distinct legal issues.  Plaintiff submits that the briefing in his opposition will be helpful to the Court in deciding each of the matters presented.

The cumulative effect of the space necessary to address the factual and legal contentions raised by the motion is that Plaintiff will need in excess of the 25-page limit to fully respond. Plaintiff also notes that the Local Rules afford Defendant a total of 40 pages (25 in the motion and 15 in the reply) for presenting its position.  Plaintiff seeks 5 additional pages.

**II.**

Accordingly, Plaintiff and eBay stipulate and request that the page limits for Plaintiff's opposition be enlarged to 30 pages.

AGREED:

By: /s/ Raymond E. Walker                          By: /s/ Whitty Somvichian
    Keith R. Verges                                    John C. Dwyer
    Parker D. Young                                    Whitty Somvichian
    Raymond E. Walker                                  James M. Penning
                                                       Kara C. Wilson

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4  Dated: _December 9, 2011_____      ~~E Paul J Dark~~_____

5                                              United States District Judge

6  FILERS ATTESTATION:

7       Pursuant to General Order No. 45, 5X(B) regarding signatures, I attest under penalty of

8  perjury that the concurrence in the filing of this document has been obtained from its signatories.

9  Dated: December 8, 2011              By: /s/ Raymond E. Walker
10                                          Raymond E. Walker

11

12                          **CERTIFICATE OF SERVICE**

13       I hereby certify that all counsel of record will be served with a copy of this document via

14  the Court's CM/ECF system pursuant to the local rules of this Court, on this 8thh day of

15  December, 2011.

16

17                          /s/ Raymond E. Walker_____
18                          Raymond E. Walker

19

20

21

22

23

24

25

26

27

28