KEITH R. VERGES (kverges@figdav.com)
PARKER D. YOUNG (parker.young@figdav.com)
RAYMOND E. WALKER (ray.walker@figdav.com
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
Tel: (214) 939-2000
Fax: (214) 939-2090
(*Admitted Pro Hac Vice*)

SHAWN T. LEUTHOLD
(leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
Tel: (408) 924-0132
Fax:: (408) 924-0134

VERA BROOKS
(vbrooks@thompsonbrookslaw.com)
THOMPSON & BROOKS
412 E. Madison Street, Suite 900
Tampa, Florida 33602
Tel: (813) 387-1822
Fax: (813) 387-1824
(*Admitted Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF
RICHARD NOLL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC., EBAY EUROPE S.A.R.L., and EBAY INTERNATIONAL AG<br><br>Defendants. | ) | CASE NO. 5:11-CV-04585-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS BY EBAY EUROPE S.A.R.L. AND EBAY INTERNATIONAL AG AND REPLY**<br><br>Date: March 2, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom: 1, 5th Floor<br>Trial Date: Not yet set |

This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12, by and between Plaintiff Richard Noll ("Plaintiff") and Defendants eBay Europe S.A.R.L. ("eBay Europe") and

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS BY EBAY EUROPE S.A.R.L. AND EBAY INTERNATIONAL AG AND REPLY
CASE NO. 5:11-CV-04585-EJD PAGE 1

eBay International AG ("eBay International") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiff filed his Complaint in the above-entitled action in the United States District Court for the Northern District of California on September 15, 2011;

WHEREAS, eBay Europe and eBay International are both international entities that were served using the applicable service procedures set forth in the Hague Convention on the Service Abroad of Judicial and Extra-Judicial documents in Civil and Commercial Matters;

WHEREAS, the Parties previously stipulated to an extension for eBay Europe and eBay International to answer or otherwise respond to the Complaint, until December 16, 2011, and agreed to set a hearing on any motion to dismiss for March 2, 2012;

WHEREAS, on December 16, 2011, eBay Europe and eBay International filed their Motion to Dismiss Complaint (Doc. 40) (the "Motion to Dismiss");

WHEREAS, under Civil Local Rule 6-2, parties may stipulate in writing to request an extension of the time within which to respond to the Motion to Dismiss and for Defendants to file a reply thereto;

WHEREAS, various counsel for Plaintiff are on pre-planned vacations during the 14-day response period and seek a one-week extension of the response deadline, until January 6, 2012, and counsel for eBay Europe and eBay International have requested a like extension to their reply deadline to accommodate their docket, until January 20, 2012;

WHEREAS, extending the date for Plaintiff to respond to the Motion to Dismiss and for eBay Europe and eBay International to file a reply thereto as set forth below will not alter the date of any event or deadline already fixed by Court order;

NOW THEREFORE, the Parties agree and request Plaintiff's deadline to respond to the Motion to Dismiss be extended until January 6, 2012, and that the deadline to file a reply thereto be extended to January 20, 2012;

AGREED:

By: /s/ Raymond E. Walker
Keith R. Verges
Parker D. Young
Raymond E. Walker

By: /s/ Whitty Somvichian
John C. Dwyer
Whitty Somvichian
James M. Penning
Kara C. Wilson

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: December 28, 2011

UNITED STATES DISTRICT JUDGE

FILERS ATTESTATION:

Pursuant to General Order No. 45, 5X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 22, 2011

By: /s/ Raymond E. Walker
Raymond E. Walker

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, on this 22nd day of December, 2011.

/s/ Raymond E. Walker
Raymond E. Walker