| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | JOHN C. DWYER (136533) (dwyerjc@cooley.com)<br>JAMES M. PENNING (229727) (jpenning@cooley.com) |
| 3 | KARA C. WILSON (268535) (kwilson@cooley.com)<br>Five Palo Alto Square |
| 4 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 5 | Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400 |
| 6 | COOLEY LLP |
| 7 | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)<br>101 California Street, 5th Floor |
| 8 | San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000 |
| 9 | Facsimile:      (415) 693-2222 |
| 10 | Attorneys for Defendant EBAY INC. |
| 11 | FIGARI & DAVENPORT, LLP<br>KEITH R. VERGES (kverges@figdav.com)* |
| 12 | PARKER D. YOUNG (parker.young@figdav.com)*<br>RAYMOND E. WALKER (ray.walker@figdav.com* |
| 13 | 901 Main Street, Suite 3400<br>Dallas, TX 75202 |
| 14 | Telephone:     (214) 939-2000<br>Facsimile:      (214) 939-2090 |
| 15 | *Admitted Pro Hac Vice |
| 16 | Attorneys for Plaintiff RICHARD NOLL and<br>Plaintiff/Intervenor RHYTHM MOTOR SPORTS, LLC |
| 17 | *Additional attorneys listed on signature page* |

**IT IS SO ORDERED**
Judge Edward J. Davila
9/28/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL, Individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>AND<br><br>RHYTM MOTOR SPORTS, LLC,<br>Individually and on behalf of all others similarly situated<br><br>           Plaintiff/Intervenor,<br><br>     v.<br><br>EBAY INC.,<br>                    Defendant. | Case No.  5:11 CV-04585 EJD<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR EBAY INC.'S RESPONSE TO CONSOLIDATED COMPLAINT**<br><br>Courtroom:   4<br>Judge:          Hon. Edward J. Davila<br>Trial Date:    None Set |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION SETTING BRIEFING SCHEDULE FOR
EBAY INC.'S RESPONSE TO CONSOL. COMPLAINT
CV 11-04585-EJD

1  This Stipulation is entered into by and among plaintiffs Richard Noll ("Noll") and Rhythm Motor Sports LLC ("Rhythm") (collectively "Plaintiffs") and defendant eBay Inc. ("eBay") (Plaintiffs and eBay collectively "the Parties"), by and through their respective counsel.

WHEREAS, on September 4, 2012, the Court granted Rhythm's motion to intervene and ordered Rhythm to file its complaint in intervention (the "Rhythm Complaint") by September 18, 2012 and Plaintiffs to file a consolidated complaint by October 2, 2012 [Docket No. 83];

WHEREAS, on September 18, 2012, the Rhythm Complaint was filed in the above-captioned action [Docket No. 84];

WHEREAS, Plaintiffs acknowledge that eBay need not file a separate response to the Rhythm Complaint and will instead respond to all claims brought by Rhythm by filing a response to the consolidated complaint to be filed in this matter. Plaintiffs acknowledge that by responding to the consolidated complaint and not the Rhythm Complaint, eBay is not waiving or foregoing any rights, defenses, or counterclaims it may have in connection with Rhythms claims;

WHEREAS, under Civil Local Rule 6-2, parties may stipulate in writing to request an extension of time within which to respond to a motion to dismiss and for eBay to file a reply thereto;

WHEREAS, extending the date for Plaintiffs to respond to a motion to dismiss and for eBay to file a reply thereto as set forth below will not alter the date of any event or deadline already fixed by Court order;

**IT IS HEREBY STIPULATED THAT**:

1. eBay need not respond to the Rhythm Complaint;

2. eBay, by responding to the consolidated complaint and not the Rhythm Complaint, is not waiving or foregoing any rights, defenses, or counterclaims it may have in connection with Rhythm's claims;

3. eBay shall file its response to the consolidated complaint (answer, move, or otherwise respond) no later than October 17, 2012;

4. If eBay files a motion, Plaintiffs' opposition shall be filed no later than November 2, 2012; and

5. eBay shall file its reply in support of any such motion no later than November 16, 2012.

Dated: September 26, 2012  COOLEY LLP

　　　　　　　　　　　　　　　　　　　　/s/ *James M. Penning*
　　　　　　　　　　　　　　　　　　　JAMES M. PENNING (229727)

*Attorneys For Defendant EBAY INC.*

Dated: September 26, 2012  FIGARI & DAVENPORT, LLP

　　　　　　　　　　　　　　　　　　　　/s/ *Keith R. Verges*
　　　　　　　　　　　　　　　　　　　KEITH R. VERGES

*Attorneys for Plaintiff RICHARD NOLL and Plaintiff/Intervenor RHYTHM MOTOR SPORTS, LLC*

Additional attorneys:

LAW OFFICE OF SHAWN T. LEUTHOLD
SHAWN T. LEUTHOLD (leuthold@aol.com)
1671 The Alameda, Suite 303
San Jose, CA 95126
Telephone:   (408) 924-0132
Facsimile:    (408) 924-0134


THOMPSON & BROOKS
VERA BROOKS (vbrooks@thompsonbrooks.com)*
412 E. Madison Street, Suite 900
Tampa, FL 33602
Telephone:    (813) 387-1822
Facsimile:    (813) 387-1825
*Admitted Pro Hac Vice*

Attorneys for Plaintiff RICHARD NOLL and
Plaintiff/Intervenor RHYTHM MOTOR SPORTS, LLC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION SETTING BRIEFING SCHEDULE FOR
EBAY INC.'S RESPONSE TO CONSOL. COMPLAINT
CV 11-04585-EJD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatory.

/s/ *James M. Penning*

1062505 v1/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

STIPULATION SETTING BRIEFING SCHEDULE FOR
EBAY INC.'S RESPONSE TO CONSOL. COMPLAINT
CV 11-04585-EJD