COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
KARA C. WILSON (268535) (kwilson@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

COOLEY LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant EBAY INC.

FIGARI & DAVENPORT, LLP
KEITH R. VERGES (kverges@figdav.com)*
PARKER D. YOUNG (parker.young@figdav.com)*
RAYMOND E. WALKER (ray.walker@figdav.com*
901 Main Street, Suite 3400
Dallas, TX 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
*Admitted Pro Hac Vice

Attorneys for Plaintiffs

*Additional attorneys listed on signature page*

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
7/16/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL AND RHYTHM MOTOR SPORTS, LLC, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.<br><br>Defendant. | Case No.  5:11-CV-04585 EJD<br><br>**STIPULATION REGARDING DEFERRAL OF DEFENDANT'S RESPONSE TO PLAINTIFFS' CONSOLIDATED THIRD AMENDED CLASS ACTION COMPLAINT AND DISCOVERY**<br><br>Courtroom: 4<br>Judge:      Hon. Edward J. Davila<br>Trial Date: None Set |

1  This Stipulation is entered into pursuant to Local Rule 6-1, by and among plaintiffs Richard Noll ("Noll") and Rhythm Motor Sports, LLC ("Rhythm") (collectively, "Plaintiffs") and defendant eBay Inc. ("eBay") (Plaintiffs and eBay collectively, "the Parties"), by and through their respective counsel.

WHEREAS, on July 1, 2013, Plaintiffs' Consolidated Third Amended Class Action Complaint ("TAC") was filed in the above captioned action [Docket No. 102];

WHEREAS, pursuant to Federal Rule of Civil Procedure 15, eBay's deadline to respond to the TAC is July 18, 2013;

WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS, deferring the date for eBay to respond to the TAC and deferring formal discovery as set forth below will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the Parties agree that, for purposes of judicial economy and to preserve party resources, eBay's deadline to respond to the TAC and formal discovery among the Parties should be deferred pending the Parties' initial discussions concerning a potential resolution of this action;

WHEREAS, the Parties agree to submit a further stipulation proposing deadlines for eBay's response to the TAC and other case management dates if necessary, based on the outcome of the Parties' discussions;

NOW, THEREFORE, the Parties agree that eBay's deadline to respond to the TAC and formal discovery will be deferred pending the Parties' exchange of information and discussions concerning a potential resolution to the above captioned action. The Parties agree to submit a further submission to the Court proposing deadlines for eBay's response to the TAC, formal discovery, and other case management dates if necessary in light of the Parties' discussions.

///
///
///
///

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2045575/NY

2.

STIP. RE DEFERRAL OF ANSWER AND DISCOVERY
CASE NO. 5:11-CV-04585 EJD

**IT IS SO STIPULATED.**

Dated: July 12, 2013                           COOLEY LLP


                                               /s/ Whitty Somvichian
                                               Whitty Somvichian

                                               *Attorneys for Defendant EBAY INC.*

Dated: July 12, 2013                           FIGARI & DAVENPORT, LLP


                                               /s/ Keith R. Verges
                                               Keith R. Verges

                                               *Attorneys for Plaintiffs RICHARD NOLL and*
                                               *RHYTHM MOTOR SPORTS, LLC*

Additional attorneys:

LAW OFFICE OF SHAWN T. LEUTHOLD
SHAWN T. LEUTHOLD (leuthold@aol.com)
1671 The Alameda, Suite 303
San Jose, CA 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134

THOMPSON & BROOKS
VERA BROOKS (vbrooks@thompsonbrooks.com)*
412 E. Madison Street, Suite 900
Tampa, FL 33602
Telephone: (813) 387-1822
Facsimile: (813) 387-1825
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs RICHARD NOLL and*
*RHYTHM MOTOR SPORTS, LLC*

### **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatory.

                                               /s/ *Whitty Somvichian*

The Court also schedules a Status Conference for **August 30, 2013 at 10:00 AM**. On or before Au**gust 23, 2013** the parties shall file a joint status statement.

IT IS SO ORDERED.

Dated: 7/16/2013

Honorable Edward J. Davilla
Judge, United States District Court