UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NOLL AND RHYYTHM MOTOR SPORTS, LLC, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EBAY INC., ET AL.,<br><br>　　　　　Defendants. | Case No.: 5:11-CV-04585-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　This matter is scheduled for a Case Management Conference on August 30, 2013. Having reviewed the parties' Joint Status Statement, Dkt. No. 105, the court finds that a conference is unnecessary at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, after receiving the parties' anticipated joint status report, which must be filed within one week of the completion of mediation.

**IT IS SO ORDERED**

Dated: August 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge