1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  3175 Hanover Street
   Palo Alto, CA  94304-1130
3  Telephone:    (650) 843-5000
   Facsimile:    (650) 849-7400
4
   COOLEY LLP
5  WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
   CANDACE JACKMAN (267599) (cjackman@cooley.com)
6  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
7  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
8
   Attorneys for Defendant eBay Inc.
9

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  SAN JOSE DIVISION

14

15  RICHARD NOLL and RHYTHM MOTOR           Case No.  CV 11-04585 EJD
    SPORTS, LLC, Individually and on behalf of
16  all others similarly situated,          **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
                                            CONTINUING HEARING ON MOTION FOR
17              Plaintiffs,                 FINAL APPROVAL OF SETTLEMENT**

18       v.
                                            Judge:      Hon. Edward J. Davila
19  EBAY INC.,                              Courtroom:  1, Fifth Floor

20              Defendant.

21

22

23

24

25

26

27

28

COOLEY LLP                                                  **STIPULATION AND [PROPOSED] ORDER
ATTORNEYS AT LAW                                            CONTINUING FAIRNESS HEARING
PALO ALTO                                                   CASE NO. CV 11-04585 EJD**

This Stipulation is entered into pursuant to Local Rules 6-2 and 7-12, by and between Defendant eBay Inc. ("Defendant") and Plaintiffs Richard Noll and Rhythm Motor Sports, LLC ("Plaintiffs") (collectively, the "Parties" and each, a "Party") by and through their respective undersigned counsel.

WHEREAS, on January 29, 2015, the Court granted preliminary approval of the Parties' proposed class action settlement ("Settlement") and scheduled a hearing on final settlement approval (the "Fairness Hearing") for June 11, 2015 at 9:00 a.m. (Dkt. No. 133);

WHEREAS, lead counsel for eBay has a scheduling conflict on June 11, 2015, and requested that Plaintiffs' counsel agree to a brief continuance of the Fairness Hearing to accommodate his schedule;

WHEREAS, both Parties' counsel are agreeable to continuing the Fairness Hearing to July 2, 2015, if the Court is available on that date;

WHEREAS, Class Members were advised through direct notice and through the Settlement website that the date for the Fairness Hearing is subject to change without notice, and were advised to confirm the Fairness Hearing date on the Court's PACER website;[1]

WHEREAS, a brief postponement of the Fairness Hearing will not affect any other dates or deadlines set by the Court;

NOW, THEREFORE, subject to the Court's approval, the Parties hereby agree and stipulate to continue the Fairness Hearing to July 2, 2015, subject to the Court's availability. If

---

[1] *See, e.g.*, Direct Email Notice, Dkt. No. 140-22, at 10 ("A further hearing at 9:00 a.m. PST on **June 11, 2015** will determine whether to grant final approval of the Settlement. This hearing date may change without further notice. Please check the settlement website or the Court's PACER site to confirm the date."); Direct Mail Notice, Dkt. No. 140-22, at 13 ("A further hearing at 9:00 a.m. PST on **June 11, 2015** will determine whether to grant final approval of the Settlement. This hearing date may change without further notice. Please check the settlement website or the Court's PACER site to confirm the date."); Settlement Website, https://secure.dahladmin.com/NOLL#q7 ("At 9:00 a.m., Pacific Time, on **June 11, 2015**, the Court will conduct a hearing to determine the fairness of the Settlement and may enter an order finally approving the Settlement . . . . This date may change without further notice. Please check the settlement website or the Court's PACER site at http://www.cand.uscourts.gov/ecf/account_setup to confirm the date.").

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED] ORDER
CONTINUING FAIRNESS HEARING
CASE NO. CV 11-04585 EJD

the Court agrees to continue the date for the Fairness Hearing, the Parties will provide notice of the updated hearing date on the Settlement website and will endeavor to provide notice to all individuals who filed objections to the Settlement. If the Court is not available for hearing on that date, then the Parties request that the original hearing date for the Fairness Hearing be preserved.

**IT IS SO STIPULATED.**

Dated: May 12, 2015        COOLEY LLP

*/s/ Whitty Somvichian*
WHITTY SOMVICHIAN

*Attorneys for Defendant eBay Inc.*

Dated: May 12, 2015        FIGARI & DAVENPORT, LLP

*/s/ Keith R. Verges*
KEITH R. VERGES

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER
CONTINUING FAIRNESS HEARING
CASE NO. CV 11-04585 EJD

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 5/14/2015

_[signature]_
Honorable Edward J. Davila
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER
CONTINUING FAIRNESS HEARING
CASE NO. CV 11-04585 EJD

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(1), (3)**

I, Whitty Somvichian, attest that concurrence in the filing of this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR FINAL APPROVAL OF SETTLEMENT** has been obtained from each of the other signatories.

>                                  */s/ Whitty Somvichian*
>                                  Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER
CONTINUING FAIRNESS HEARING
CASE NO. CV 11-04585 EJD