# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
# Civil Minute Order

Date: July 2, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez

**TIME IN COURT:** 33 mins
(9:04-9:37 AM)

## CASE NUMBER: 5:11-cv-04585-EJD
## TITLE: Noll v. eBay Inc et al

Plaintiff(s) Attorney(s) present: Keith Verges
Defendant(s) Attorney(s) present: John Dwyer, Candace Jackman

## PROCEEDINGS: 1) Motion for Attorney Fees (Doc. 134), Motion for Final Approval of Settment (Doc. 140)

## ORDER AFTER HEARING:
Hearing held.
The Court took the matter under submission after oral argument. The Court to issue further Order following hearing.


Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: